# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

July 8, 2025

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 25-2144
>
> Caption:
> CHICAGO WOMEN IN TRADES,
>     Plaintiff - Appellee
>
> v.
>
> DONALD J. TRUMP, President of the United States, et al.,
>     Defendants - Appellants
>
> District Court No: 1:25-cv-02005
> District Judge Matthew F. Kennelly
> Clerk/Agency Rep Thomas G. Bruton
>
> Date NOA filed in District Court: 07/03/2025

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)