# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 9, 2025

*By the Court:*

| | |
|---|---|
| No. 25-2144 | CHICAGO WOMEN IN TRADES,<br>　　　　Plaintiff - Appellee<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, et al.,<br>　　　　Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 1:25-cv-02005<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly ||

Rule 4(a) of the Federal Rules of Appellate Procedure requires that a notice of appeal be filed in the district court within 60 days of the entry of the judgment or order appealed in a civil case in which a party is the United States or one of its agencies, officers, or employees. In this case the district court entered a preliminary injunction on April 15, 2025, and the notice of appeal was filed on July 3, 2025, over two weeks late. The district court has not granted an extension of the appeal period, *see* Fed. R. App. P. 4(a)(5), and this court is not empowered to do so, *see* Fed. R. App. P. 26(b). Accordingly,

**IT IS ORDERED** that appellants shall file, on or before July 23, 2025, a brief memorandum stating why this appeal should not be dismissed for lack of jurisdiction. A motion for voluntary dismissal under Rule 42(b) of the Federal Rules of Appellate Procedure will satisfy this requirement. Briefing is **SUSPENDED** pending further court order.

If appellants wish to request an extension of time in which to file the notice of appeal, appellants should file an appropriate motion in the district court, not this court, as soon as possible. Appellants' jurisdictional memorandum should include a discussion of the status of any such motion.