IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

CHICAGO WOMEN IN TRADES,
    Plaintiff-Appellee,

v.

DONALD J. TRUMP, President of the United States, et al.,
    Defendants-Appellants.

No. 25-2144

**NOTICE OF APPEARANCE**

    I hereby enter my appearance as counsel of record for all Defendants-Appellants.

                                               Respectfully submitted,

                                               *s/ Gabriel I. Schonfeld*
                                               Gabriel I. Schonfeld
                                               Civil Division, Appellate Staff
                                               Department of Justice
                                               950 Pennsylvania Ave., NW, Rm. 7219
                                               Washington, DC 20530
                                               (202) 514-3306
                                               *gabriel.i.schonfeld@usdoj.gov*

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

CHICAGO WOMEN IN TRADES,
    Plaintiff-Appellee,

v.

DONALD J. TRUMP, President of the United States, et al.,
    Defendants-Appellants.

No. 25-2144

**NOTICE OF APPEARANCE**

I hereby enter my appearance for all Defendants-Appellants.

    Respectfully submitted,

    *s/ Daniel Tenny*
    Daniel Tenny
    Civil Division, Appellate Staff
    Department of Justice
    950 Pennsylvania Ave., NW, Rm. 7215
    Washington, DC 20530
    (202) 514-1838
    *daniel.tenny@usdoj.gov*