IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

CHICAGO WOMEN IN TRADES,
    Plaintiff-Appellee,

v.

DONALD J. TRUMP, President of the United States, et al.,
    Defendants-Appellants.

No. 25-2144

**DEFENDANTS-APPELLANTS' DOCKETING STATEMENT**

1. **District Court Jurisdiction.** Plaintiff alleges that Defendants' enforcement of two executive orders against recipients of federal funding would violate the First and Fifth Amendments, the Spending Clause, and the separation of powers. As relevant to this appeal, the district court therefore had statutory subject-matter jurisdiction under 28 U.S.C. § 1331.[1] The parties dispute whether Plaintiff has Article III standing.

---

[1] Defendants maintain that certain of Plaintiffs' claims are founded on federal contracts and therefore must be brought in the Court of Federal Claims. *See generally* 28 U.S.C. § 1491(a)(1), § 1346(a)(2). Defendants are not appealing from the portion of the district court's preliminary injunction that addresses those claims.

2. **Appellate Jurisdiction.** Because Defendants seek review of an order granting a preliminary injunction, this Court has jurisdiction to decide this interlocutory appeal under 28 U.S.C. § 1292(a)(1). The preliminary injunction being appealed was entered on April 15, 2025. ECF Nos. 68 & 69. Three days later, on April 18, 2025, Plaintiff filed a timely motion to alter or amend the preliminary injunction under Federal Rule of Civil Procedure 59. ECF Nos. 73 & 74; *see also* Fed. R. Civ. P. 59(e) (providing that motion to alter or amend may be filed up to 28 days after entry of judgment). That motion tolled the deadline to appeal until 60 days after entry of an order disposing of it. Fed. R. App. P. 4(a)(1)(B), (a)(4)(A)(iv). The district court entered an order denying the motion on May 7, 2025. ECF No. 90. Defendants filed a notice of appeal 57 days later, on July 3, 2025. ECF No. 112.

3. **Prior or Related Appellate Proceedings.** There have been no prior appellate proceedings in this case. A similar challenge to the same executive orders is currently pending before the Fourth Circuit. *See Nat'l Ass'n of Diversity Off. In Higher Educ. v. Trump*, No. 25-1189 (4th Cir.). Defendants are not aware of any other related appellate proceedings.

4. **Parties Appearing in Their Official Capacities.**

    a. Donald J. Trump appears in his official capacity as the current President of the United States.

    b. Pamela J. Bondi appears in her official capacity as the current Attorney General of the United States.

    c. Lori Chavez-DeRemer appears in her official capacity as the current United States Secretary of Labor.

    d. Russell Vought appears in his official capacity as the current Director of the Office of Management and Budget.

Respectfully submitted,

DANIEL TENNY

*s/ Gabriel I. Schonfeld*
GABRIEL I. SCHONFELD
*Attorneys, Appellate Staff*
*Civil Division, Room 7219*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-3306*
*gabriel.i.schonfeld@usdoj.gov*

JULY 2025