# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 10, 2025

*By the Court:*

| | |
|---|---|
| No. 25-2144 | CHICAGO WOMEN IN TRADES, <br>     Plaintiff - Appellee <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, et al., <br>     Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 1:25-cv-02005 <br> Northern District of Illinois, Eastern Division <br> District Judge Matthew F. Kennelly ||

On consideration of appellants' docketing statement and further review of the short record,

**IT IS ORDERED** that this court's July 9, 2025, order is **VACATED**. Briefing is reset as follows:

1. The brief and required short appendix of the appellants are due by August 18, 2025.

2. The brief of the appellee is due by September 17, 2025.

3. The reply brief of the appellants, if any, is due by October 8, 2025.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. *See* Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**     (form ID: **178**)