**APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT**

Appellate Court No: **25-2144**

Short Caption: **Chicago Women In Trades v. Donald J. Trump et al.**

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party, amicus curiae, intervenor or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statements be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in the front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

[ ] **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P. 26.1 by completing item #3):

    Chicago Women In Trades

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

    Crowell & Moring, LLP; Lawyers' Committee for Civil Rights Under Law;

    Chicago Lawyers' Committee for Civil Rights; National Women's Law Center; Latino Justice PRLDEF

(3) If the party, amicus or intervenor is a corporation:

    i) Identify all its parent corporations, if any; and

        None

    ii) list any publicly held company that owns 10% or more of the party's, amicus' or intervenor's stock:

        None

(4) Provide information required by FRAP 26.1(b) – Organizational Victims in Criminal Cases:

    N/A

(5) Provide Debtor information required by FRAP 26.1 (c) 1 & 2:

    N/A

---

Attorney's Signature: **/s/Elizabeth E. Theran**     Date: **8/22/2025**

Attorney's Printed Name: **Elizabeth E. Theran**

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).    Yes [ ]    No [✓]

Address: **National Women's Law Center, 1350 I St. NW Ste 700, Washington, DC 20005**

Phone Number: **202-588-5180**      Fax Number: **202-588-5185**

E-Mail Address: **etheran@nwlc.org**

rev. 12/19 AK