No. 25-2144

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

CHICAGO WOMEN IN TRADES,
*Plaintiff-Appellee,*

v.

DONALD J. TRUMP, President of the United Sates, et al.
*Defendants-Appellants.*

On Appeal from the United States District Court for the Northern
District of Illinois (No. 1:25-cv-02005)
The Honorable Matthew F. Kennelly, U.S. District Judge

**MOTION TO FILE CORRECTED BRIEF OF
CHICAGO WOMEN IN TRADES**

Warrington Parker
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
(415) 986-2800
wparker@crowell.com

Appellee Chicago Women in Trades respectfully moves this Court for leave to file a corrected Brief of Appellee Chicago Women in Trades originally filed on September 17, 2025. The only corrections are the addition of Adrienne DerVartanian's name and disclosure statement to the brief.

Undersigned counsel has conferred with counsel for Appellants, who has indicated that Appellants do not oppose this motion.

For these reasons, counsel respectfully requests leave to file a corrected Brief of Appellee Chicago Women in Trades.

/s/ Warrington Parker
Warrington Parker
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
(415) 986-2800
wparker@crowell.com

Counsel for Appellee

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation contained in Fed. R. App. P. 27 because, excluding the portions exempted by Rule 32(f), this motion contains 80 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2019 in 14-point Century Schoolbook.

/s/ Warrington Parker
Warrington Parker

## CERTIFICATE OF SERVICE

I certify that on September 18, 2025, I electronically filed the foregoing motion with the Clerk of Court for the U.S. Court of Appeals for the Seventh Circuit through the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

<u>/s/ Warrington Parker</u>
Warrington Parker