# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## INSTANTER ORDER

September 19, 2025

*By the Court*:

| No. 25-2144 | CHICAGO WOMEN IN TRADES, Plaintiff - Appellee v. DONALD J. TRUMP, President of the United States, et al., Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:25-cv-02005 Northern District of Illinois, Eastern Division District Judge Matthew F. Kennelly ||

Upon consideration of the **MOTION TO FILE CORRECTED BRIEF OF CHICAGO WOMEN IN TRADES**, filed on September 18, 2025, by counsel for the appellee,

**IT IS ORDERED** that the motion is **GRANTED**. The clerk shall file **INSTANTER** the electronically tendered corrected brief of the appellee. This brief replaces the brief of the appellee filed on September 17, 2025.

form name: **c7_InstanterOrderFiled**     (form ID: **123**)