**No. 25-2144**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

CHICAGO WOMEN IN TRADES,

            Plaintiff-Appellee,

v.

DONALD J. TRUMP, President of the United States, et al.,

            Defendants-Appellants.

On Appeal from the United States District Court for the Northern District of Illinois, No. 1:25-cv-02005 (Matthew F. Kennelly, J.)

Unopposed Motion of Associations of Private Construction Contractors and Individual Construction Firms for Leave to File an *Amicus Curiae* Brief Supporting Appellee and Affirmance of the District Court

Edward F. Malone
BARACK FERRAZZANO KIRSCHBAUM &
  NAGELBERG LLP
200 W. Madison St., Suite 3900
Chicago, IL 60606
Phone: (312) 984-3100
Fax: (312) 984-3150
edward.malone@bfkn.com

The Finishing Contractors Association of Chicago (FCAC), the Association of Subcontractors and Affiliates (ASA Chicago), the Association of Asian Construction Enterprises (AACE), the Black Contractors Owners & Executives (BCOE), the Hispanic American Construction Industry Association (HACIA), the and the Illinois chapter of the Women Construction Owners & Executives, USA (WCOEIL) (collectively, the "Associations"), together with individual construction firms and other industry groups (collectively, the "*Amici*") through counsel, respectfully move this Court for leave to file an *amicus curiae* brief of 17 pages in length in support of the position of Appellees Chicago Women in Trades (CWIT). *Amici*'s brief is **attached** as Exhibit A to this Motion. In support of this Motion, *Amici* state as follows:

1. **Legal Standard**: A motion for leave to file an *amicus curiae* brief must state "(A) the movant's interest; and (B) the reason why an amicus brief is desirable and why the matters asserted are relevant to the disposition of the case." Fed. R. App. P. 29(a)(3). "Courts value [*amicus curiae*] submissions . . . to learn about facts and legal perspectives that the litigants have not adequately developed."

1

*Sierra Club, Inc. v. E.P.A.*, 358 F.3d 516, 518 (7th Cir. 2004). Such a brief "can contribute" to legal proceedings when it, for example, "highlight[s] factual, historical, or legal nuance glossed over by the parties," "explain[s] the broader . . . commercial context in which a question comes to the court," or "provid[es] practical perspectives on the consequences of potential outcomes." *Prairie Rivers Network v. Dynegy Midwest Generation, LLC*, 976 F.3d 761, 763 (7th Cir. 2020).

    2.    **Movants' Interest**. The Associations, identified above, are six Chicago-based associations of contractors. Additional *Amici* include private construction firms and other industry groups. Each of the Associations and other *Amici* support skilled trades workers, including women, in their pathway to or participation in skilled trades in the construction industry in and around Chicago, Illinois.

    The FCAC is an association of contractors whose members employ union tradespeople. The employees of these contractors receive apprenticeship training through the DC14 Apprentice Program, which provides apprentices on the job-training and mentoring to generations of journeymen and women.

ASA Chicago is a trade association representing the subcontracting industry and its affiliates. Servicing union and non-union subcontractor members, trade suppliers and servicers, ASA Chicago's membership consists of nearly 300 members, including not only subcontractors, but also suppliers and vendors of products or services to subcontractors. ASA Chicago is devoted to providing its members education, networking, social and business opportunities.

The AACE is an association of Asian American businesses in the contracting and engineering industries in Illinois. It works to increase opportunities for its members in the construction and engineering industries by advocating for their interests and serving as an information resource.

The BCOE is an association of Black contractors and industry professionals. It works to advance the interests of its members through education, mentoring, advocacy, and legislation.

The HACIA is an association of Hispanic businesses in the construction industry in Chicago. It is dedicated to creating opportunities for its members to participate in the industry.

The WCOEIL is the Illinois Chapter of WCOE, a national association representing women construction contractors and policy making executives in the construction industry. The WCOE provides business connections, education and advocacy for issues impacting the construction industry particularly those involving small and women-owned businesses.

3. **The *Amicus Curiae* Brief is Desirable and the Matters Asserted are Relevant to the Disposition of the Case**. The matter before the Court is a challenge to Executive Order 14173, 90 Fed. Reg. 8,633 (J21 EO), which requires, among other things, that organizations receiving federal grant awards "certify that [they] do[] not operate any programs promoting DEI that violate any applicable Federal anti-discrimination laws" (the "Certification Provision"). *Id.* § 3(b)(iv)(B). Each of the Associations represent contractors that supply workers to construction projects in and around the Chicago area. Each of them has been and will continue to be impacted by shortages in the supply of skilled trades workers for such projects. That shortage will be compounded by the J21 EO, which will handicap CWIT's mission of

increasing the number of skilled women trades workers in the Chicago area.

*Amici* are aware of, have unique knowledge of, and would like to make the Court aware of the material negative impact on the available workforce in the construction industry in Chicago should the Certification Provision be permitted to take effect. The *amicus curiae* brief explains the reasons for and magnitude of the labor shortage in the construction industry, how CWIT's training and support of women trades workers is designed to increase the pool of skilled workers available to meet the industry's needs, and how the J21 EO will impair those efforts. By providing this information, the *amicus curiae* brief highlights factual nuance, explains the "broader . . . commercial context in which [this] question comes to the court," and "provid[es] practical perspectives on the consequences of potential outcomes." *Prairie Rivers Network*, 976 F.3d at 763.

4.  **Unopposed Motion**. On September 19, 2025, counsel for Appellants informed counsel for *Amici* that Appellants consent to the filing of *Amici*'s brief.

WHEREFORE, *Amici* respectfully request that the Court grant this Unopposed Motion of Associations of Private Construction Contractors and Individual Construction Firms for Leave to File an *Amicus Curiae* Brief Supporting Appellees and Affirmance of the District Court of no more than 18 pages on or before September 24, 2025.

Dated:  September 24, 2025             s/ *Edward F. Malone*

Edward F. Malone
BARACK FERRAZZANO KIRSCHBAUM &
  NAGELBERG LLP
200 W. Madison St., Suite 3900
Chicago, IL 60606
Phone: (312) 984-3100
Fax: (312) 984-3150
edward.malone@bfkn.com

*Counsel for Amici*

# **CERTIFICATE OF SERVICE**

I certify that on September 24, 2025, I electronically filed the foregoing MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF with the Clerk of the Court for the U.S. Court of Appeals for the Seventh Circuit through the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: September 24, 2025        s/ *Edward F. Malone*
                                 Edward F. Malone