Save As    Clear Form

APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT

Appellate Court No: 25-2144

Short Caption: Chicago Women in Trades v. Donald J. Trump, et al.

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party, amicus curiae, intervenor or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statements be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in the front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

☐ **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P. 26.1 by completing item #3):

Finishing Contractors Association of Chicago; Association of Subcontractors and Affiliates; Association of Asian Construction Enterprises; Black Contractors Owners & Executives; Hispanic American Construction Industry Association; Illinois chapter of the Women Construction Owners & Executives USA; ALL Construction Group; Association for the Advancement of Cost Engineering; CT Mechanical; Doetsch Contractors, Inc.; Finishing Trades Institute of DC #14; LiveWire Construction; MA Rebar Services; Q.C. Enterprises; Taylor Electric Company; Cable Communications, Inc.

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

Barack Ferrazzano Kirschbaum & Nagelberg LLP

(3) If the party, amicus or intervenor is a corporation:

   i)   Identify all its parent corporations, if any; and

        N/A

   ii)  list any publicly held company that owns 10% or more of the party's, amicus' or intervenor's stock:

        N/A

(4) Provide information required by FRAP 26.1(b) – Organizational Victims in Criminal Cases:

   N/A

(5) Provide Debtor information required by FRAP 26.1 (c) 1 & 2:

   N/A

Attorney's Signature: /s/ Edward F. Malone    Date: September 24, 2025

Attorney's Printed Name: Edward F. Malone

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).    Yes ✔    No ☐

Address: 200 West Madison Street, Suite 3900, Chicago, IL 60606

Phone Number: 312-629-7310    Fax Number: 312-984-3150

E-Mail Address: edward.malone@bfkn.com

rev. 12/19 AK

## **CERTIFICATE OF SERVICE**

I certify that on September 24, 2025, I electronically filed the foregoing APPEARANCE and CIRCUIT RULE 26.1 DISCLOSURE STATEMENT with the Clerk of the Court for the U.S. Court of Appeals for the Seventh Circuit through the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: September 24, 2025            s/ *Edward F. Malone*  
                                      Edward F. Malone