# EXHIBIT A

No. 25-2144

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

---

CHICAGO WOMEN IN TRADES,

Plaintiff-Appellee,

v.

DONALD J. TRUMP, President of the United States, et al.,

Defendants-Appellants.

---

On Appeal from the United States District Court for the Northern
District of Illinois, No. 1:25-cv-02005 (Matthew F. Kennelly, J.)

---

*Amicus Curiae* Brief of Associations of Private Construction Contractors
and Individual Construction Firms Supporting Appellee and
Affirmance of the District Court

---

Edward F. Malone
BARACK FERRAZZANO KIRSCHBAUM &
  NAGELBERG LLP
200 W. Madison St., Suite 3900
Chicago, IL 60606
Phone: (312) 984-3100
Fax: (312) 984-3150
edward.malone@bfkn.com

## TABLE OF CONTENTS

INTEREST OF *AMICI CURIAE*.................................................................1

SUMMARY OF ARGUMENT ....................................................4

ARGUMENT ...............................................................................7

  A. Chicago Needs Skilled Women Workers In Construction. ...............7

  B. CWIT Builds and Maintains Pipelines of Skilled Workers. ...........13

  C. Cuts to CWIT's Federal Funding Will Negatively Impact the
Construction Industry in Chicago........................................................16

CONCLUSION ........................................................................17

## INTEREST OF *AMICI CURIAE*[1]

There is a nationwide shortage of skilled trades workers, especially women trades workers. This amicus brief is filed on behalf of associations of contractors and individual construction firms, all employers of skilled construction workers in and around Chicago, who have been and will be impacted by that shortage.[2] These *Amici* support the Chicago Women in Trades (CWIT) in this litigation because CWIT is essential to expanding the pool of skilled trades workers in and around Chicago, a mission that is threatened by the Executive Order (EO) at issue in this appeal.

*Amici* are six Chicago-based associations of contractors – the Finishing Contractors Association of Chicago (FCAC), the Association of Subcontractors and Affiliates (ASA Chicago), the Association of Asian Construction Enterprises (AACE), the Black Contractors Owners & Executives (BCOE), the Hispanic American Construction Industry

---

[1] In accordance with Federal Rule of Appellate Procedure 29(a)(4)(E), *Amici* certify that (1) this brief was authored entirely by counsel for *amici curiae* and not by counsel for any party, in whole or in part; (2) no party or counsel for any party contributed money to fund preparing or submitting this brief; and (3) apart from counsel for *amici curiae,* no other person contributed money to fund preparing or submitting this brief.

[2] The individual *Amici* are identified in Appendix A and are referred to herein as "*Amici.*"

Association (HACIA), and the Illinois chapter of the Women

Construction Owners & Executives, USA (WCOEIL) (collectively, the

"Associations"), as well as construction firms and other industry groups

listed in Appendix A.

The FCAC is an association of contractors whose members employ

union tradespeople. The employees of these contractors receive

apprenticeship training through the DC14 Apprentice Program, which

provides apprentices on-the-job training and mentoring to generations

of journeymen and women.

ASA Chicago is a trade association representing the

subcontracting industry and its affiliates. Servicing union and non-

union subcontractor members, trade suppliers and servicers, ASA

Chicago's membership consists of nearly 300 members, including not

only subcontractors, but also suppliers and vendors of products or

services to subcontractors. ASA Chicago is devoted to providing its

members education, networking, social, and business opportunities.

The AACE is an association of Asian American businesses in the

contracting and engineering industries in Illinois.  It works to increase

opportunities for its members in the construction and engineering

industries by advocating for their interests and serving as an
information resource.

The BCOE is an association of Black contractors and industry
professionals. It works to advance the interests of its members through
education, mentoring, advocacy, and legislation.

The HACIA is an association of Hispanic businesses in the
construction industry in Chicago. It is dedicated to creating
opportunities for its members to participate in the industry.

The WCOEIL is the Illinois Chapter of WCOE, a national
association representing women construction contractors and policy
making executives in the construction industry. The WCOE provides
business connections, education and advocacy for issues impacting the
construction industry particularly those involving small and women-
owned businesses.

*Amici* are all in the business of construction and development.
They play a variety of roles in the construction industry – contractor
trade associations, contractor businesses, and project owners that hire
contractors.  But all of them ultimately rely on skilled workers such as
iron workers, carpenters, electricians, plumbers, welders, and painters

(often referred to as the "trades") to get the job done. All of them are familiar with the need for skilled workers in the construction industry and the role CWIT plays in ensuring the availability of such workers.

## SUMMARY OF ARGUMENT

There is a shortage of skilled trades workers in the United States, including in the Chicago area. That shortage slows down construction and impedes economic development. One reason for the shortage is that roughly half the population is not participating in the skilled trades. Historically, the trades have been comprised entirely of men. And that history continues to cast a shadow over the present. In 2024, only 3.3% of skilled trades workers in the United States were women.[3] That is not a sustainable ratio. The construction industry should not, and cannot, rely nearly exclusively on male workers. According to some reports, the U.S. has a shortage of 650,000 workers in the construction industry.[4] With only 3% of skilled trades jobs filled by women, female workers are

---

[3]Sophie Huang, *Rebuilding the Construction Trades Workforce,* JOINT CENTER FOR HOUSING STUDIES 3 (JUNE 5, 2024), https://www.jchs.harvard.edu/blog/rebuilding-construction-trades-workforce

[4] *See, e.g.* Jack Kelly, *Why You Should Consider a Job in the Skilled Trades,* FORBES (January 10, 2024), https://www.forbes.com/sites/jackkelly/2024/01/10/why-you-should-consider-a-job-in-the-skilled-trades/

plainly an underdeveloped resource that could be tapped to fill those jobs.

Unfortunately, *Amici* often do not have the capacity to find and train the women they need to fill construction jobs on their own. Among other strategies, *Amici* rely on CWIT to generate the pool of skilled women workers needed to support construction projects in the Chicago area. CWIT is *the* pipeline by which skilled women workers are prepared for and placed on these projects. And CWIT also provides ongoing support for contractors, unions and project owners to help them support and retain female workers so that the pool of skilled trades workers can continue to expand.

A threat to CWIT is a threat to the projects that depend on skilled trades workers to support them. CWIT is an essential component in the Chicago construction ecosystem, a critical tool for remediating the shortage of skilled workers. Construction companies in the Chicago area have supported CWIT precisely because it addresses an urgent problem and helps their bottom line. Like most private sector American employers, *Amici* are fiercely independent and oppose the notion that the ideological whims of federal government officials should be

permitted to interfere with their industry's effort to address a serious, long-term local problem.

The Trump administration's attack on "DEI" threatens to derail those local efforts to build a robust and sustainable infrastructure of skilled construction workers in Chicago. *Amici* understand that if the Certification Provision of Executive Order 14173 (J21 EO) goes into effect, CWIT could lose as much as 40% of its funding.[5] Such a cut will materially impact CWIT's ability to maintain the pipeline of well-trained skilled women trades workers on which *Amici* rely to support construction in Chicago. And as CWIT explains in its brief to this Court, the Certification Provision will have a chilling effect on CWIT that will negatively impact its ability to do this work regardless of the impact on its federal funding. That is why *Amici* urge this Court to affirm the District Court's order preliminarily enjoining the J21 EO.

---

[5] *Amici* adopt the shorthand terms "J20 EO" and "J21 EO" and "Certification Provision" used by CWIT in its brief to this Court. The government states that it is not appealing the district court order enjoining EO14151 (J20 EO), which purported to terminate funding for a grant that CWIT receives under the Women in Apprenticeship and Nontraditional Occupations Act (NOA). But the J21 EO also puts the funding that CWIT receives under the NOA grant at risk because so long as it is unclear to CWIT whether it can comply with the Certification Provision, its funding and its ability to fulfill its mission remain uncertain. Therefore, the risks to *Amici* posed by the J21 EO remain as acute as they would be if the grant were more directly at risk, as it is under the J20 EO.

## ARGUMENT

A. <u>Chicago Needs Skilled Women Workers In Construction</u>.

In 1871, the city of Chicago famously burned to the ground. Within two years, most of the city had been rebuilt. Today, there are thousands of building structures in Chicago, including roughly 1250 high rises. Since 2020 the City has issued 171,139 building permits.[6] Construction is a 42 billion-dollar industry in Illinois, employing over 8 million workers in well-paying jobs and laying the foundation for the state's economy by building essential housing, infrastructure, office buildings, laboratories, schools, churches and more across economic sectors.[7] These structures could not have been built or improved if developers could not find skilled workers to perform the electrical work, carpentry, plumbing, welding, and other skills necessary to complete this construction. But it cannot be taken for granted that such skilled workers will be available when they are needed in the future.

---

[6] Annual City of Chicago Department of Buildings Budget Statements to the Chicago Committee on the Budget and Government Operations, 2020-2024.
[7] *See* ASSOCIATED GENERAL CONTRACTORS OF AMERICA, Illinois Fact Sheet, https://www.agc.org/sites/default/files/users/user21902/IL-US%20construction%20fact%20sheet_2025_V2.pdf

The labor shortage in the U.S. construction industry is well documented. The construction industry lost roughly 1 million skilled trades workers between 2005 and 2022.[8] According to a 2024 McKinsey & Company study, there are about 20 skilled job opportunities for each new net employee.[9] In a 2023 survey by the Associated General Contractors of America, 70% of respondents expressed concerns about an insufficient supply of workers or subcontractors and 80% reported that they had a hard time filling positions.[10]

This shortage of skilled workers has contributed to higher labor costs and project delays.[11] For example, a recent study conducted by the University of Denver, the Home Builders Institute and the National Association of Home Builders observed that labor costs for framers and plumbers have increased for small builders by 40% since before COVID-

---

[8] THE HOME BUILDERS INSTITUTE (HBI) CONSTRUCTION LABOR MARKET REPORT (Fall 2024), https://hbi.org/wp-content/uploads/2024/09/Fall-2024-Construction-Labor-Market-Report.pdf; *see also* Huang, *supra* note 1, at 3.

[9] Ezra Greenberg, Erik Schaefer & Brooke Weddle, *Tradespeople Wanted: The Need for Critical Trade Skills in the US,* MCKINSEY & COMPANY (April 2024), https://www.mckinsey.com/capabilities/people-and-organizational-performance/our-insights/tradespeople-wanted-the-need-for-critical-trade-skills-in-the-us

[10] Greenberg, *et. al.*, *supra* note 9, at 7.

[11] Eric Holt & Bill Ray, *The Skilled Labor Shortage and America's Housing Crisis: How the Skilled Labor Shortage Impacts Building Costs and Cycle Times,* HOME BUILDERS INSTITUTE AND UNIVERSITY OF DENVER, 16, 18, https://hbi.org/wp-content/uploads/2025/05/HBI-Denver-Study.pdf

19, and labor shortages have increased project timelines from 120 day cycles to 165 days.[12] In addition to causing higher direct labor costs, these delays increase carrying costs and overhead expenses for builders.[13]

There are significant challenges to rebuilding this workforce. In 2012, only 36% of the trades workforce was below 35 years old. An estimated 30% of union electricians are expected to reach retirement age in the next decade.[14] At the same time, a 2017 survey of young adults indicated that the trades is a popular career choice for only 3% of respondents.[15]

The worker shortage in Chicago is compounded by a requirement that 50% of work hours on City contracts valued at more than $100,000 be performed by Chicago residents. This is a challenge for contractors because many tradespeople live in the suburbs. When more women

---

[12]*Id.* at 30.

[13]*Id.* at 28.

[14]Greenberg, *et. al., supra* note 9, at 7.

[15]Huang, *supra* note 1, at 3; *see also* Greenberg, *et. al.*, *supra* note 9, at 2 (2023 survey found that 79 percent of respondents said their parents wanted them to get a college education while only 5% said the same about vocational school); Greenberg, *et. al.*, *supra* note 9, at 16 (citing "an aging workforce coupled with insufficient recruitment of younger skilled workers into the trades" as the core challenge to builders).

enter the trades, contractors will have a larger pool of skilled workers from which to draw, which will ease the challenge of meeting the City's 50% requirement.

To make matters worse, this shortage of workers coincides with an explosion in demand for the construction of data centers nationwide, and particularly in Chicago. The global financial firm UBS estimates that companies will spend $375 billion globally in 2025 on constructing data centers, rising to $500 billion in 2026.[16]

These cross currents of increased demand for construction and a shrinking labor pool are as acute in Illinois as anywhere.[17] Chicago is the fourth largest market for data centers in the United States.[18] Skilled workers are needed not only to build the data centers themselves, but also the miles and miles of fiber optic cable

---

[16] Lydia DePillis, *The A.I. Spending Frenzy is Propping Up the Real Economy, Too,* N.Y. TIMES (August 27, 2025), https://www.nytimes.com/2025/08/27/business/economy/ai-investment-economic-growth.html?smid=em-share
[17] THE GLOBAL TALENT EXPERTS (last visited September 11, 2025), https://www.csgtalent.com/insights/usa-recruitment-trends/construction-recruitment-illinois/
[18] *North America Data Center Trends H1 2025: AI & Hyperscaler Demand Lead to Record-Low Vacancy,* CBRE RESEARCH, fig. 1 (August 19, 2025), https://www.cbre.com/insights/briefs/north-america-data-center-trends-h1-2025-ai-and-hyperscaler-demand-lead-to-record-low-vacancy

infrastructure required to connect the centers to data users. Chicago and other communities around Lake Michigan will continue to be an attractive location for data centers because of its unique proximity to the cold waters of the lake (needed for cooling) and extensive networks of railroad right of way that are ideal routes for fiber optic infrastructure. Fiber optic cable is even being laid under water in Lake Michigan.  One $87.5 million project is connecting Grand Rapids to the Lakeside Technology Center in Chicago.[19] Chicago-based trades workers will be needed for projects like this around the region, not just in Chicago.

At the same time, Chicago is embarking on a multi-billion dollar project at O'Hare airport to build a new international terminal and expand other terminals. At the time the project was announced in 2020, the Chicago Department of Aviation anticipated that the project would directly create over 60,000 jobs.[20] And in the past week, a proposal for

---

[19] Judith Crown, *Chicago Makes its Move to Get in on the Data Center Boom,* CRAINS CHICAGO BUSINESS (March 10, 2025), https://www.chicagobusiness.com/equity/chicago-wants-data-center-boom; *see also North America Data Center Trends H2 2023,* CBRE RESEARCH (March 6, 2024), https://www.cbre.com/insights/reports/north-america-data-center-trends-h2-2023
[20] Chicago Department of Aviation, *O'Hare 21 Program Reaches Critical Milestone with Design Team Fully in Place* (January 20, 2024),

an $8 billion redevelopment of the "78" in the South Loop was approved by the Chicago Plan Commission.[21]

The only way to address the shortage of skilled construction workers and build a sustainable foundation for the future is to increase the supply of those workers. The most obvious opportunity to achieve that necessary goal is to increase the number of women in the trades. Women make up roughly 50% of the population of the United States, but less than 5% of workers in the trades. This stunning gap, particularly when compared to other professions,[22] points toward both a viable opportunity to address the shortage of skilled workers, and also the need for intentionality and persistence to grab that opportunity.

---

https://www.chicago.gov/city/en/depts/doa/provdrs/dbata/news/2020/january/o-hare-21-program-reaches-critical-milestone-with-design-team-fu.html.

[21]Danny Ecker, *Chicago Fire, Related Midwest Win City Panel OK for South Loop Soccer Stadium,* CRAINS CHICAGO BUSINESS (September 18, 2025), https://www.chicagobusiness.com/commercial-real-estate/chicago-fire-related-midwest-win-ok-stadium-78

[22] A 2023 Report by the U.S. Bureau of Labor Statistics shows that the share of skilled trades jobs held by women is lower – mostly *a lot* lower – than for about ninety percent of the hundreds of other jobs on which the BLS collected statistics. *See* BUREAU OF LABOR STATISTICS REPORTS, *Women in the labor force: a data book* (April 2023) Table 11 (Employed people, by detailed occupation and gender, 2021 annual averages), https://www.bls.gov/opub/reports/womens-databook/2022/#:~:text=Comparably%2C%20women%20were%20substantially%20underrepresented%20(relative%20to,mining%20(15.4%20percent)%2C%20and%20construction%20(11.0%20percent).

B.     <u>CWIT Builds and Maintains Pipelines of Skilled Workers</u>.

Chicago will face challenges finding enough skilled workers to meet its construction needs unless it can find women who can perform skilled jobs that historically were performed almost exclusively by men. And it will be much more difficult for the construction industry to find those women without an organization like CWIT to build the pipeline.

CWIT provides training for women who want to enter the skilled trades. According to the Holt & Ray study, the building industry "has broadly embraced vocational training programs and educational partnerships as essential strategies for workforce development."[23] CWIT offers several such programs.

Women Build Illinois ("WBI") is a 10-week, 280-hour program that provides basic training for students and exposes them to career opportunities in the trades, including by connecting them to apprenticeship programs, contractors and mentors. With the assistance of a $1.77 million grant from the Department of Commerce and

---

[23] Holt & Ray, *supra* note 11, at 25.

Economic Opportunity, WBI trained nearly 200 participants between 2022 and 2024.[24]

CWIT's Technical Opportunities Program ("TOP") is a 12 week 180-hour accredited pre-apprenticeship program that provides hands-on skills, jobsite safety, physical strengthening and classroom instruction to prepare participants to pass apprenticeship program entrance exams. TOP serves about 100 women each year.[25]

CWIT's Women in Welding Program is a 10-week 288 hour program that provides training for manufacturing, welding and metalworking construction careers.[26]

And CWIT does more than help grow the supply of women with the skills to obtain employment in the trades. It also supports employers seeking to locate and retain skilled tradeswomen to work on projects. CWIT does this by providing technical assistance for a variety of audiences in the construction industry, including contractors, subcontractors, developers, unions, government agencies and

---

[24] Frank Manzo IV & Robert Bruno, *The Impact of Pre-Apprenticeship Programs in Illinois,* ILLINOIS ECONOMIC POLICY INSTITUTE 46 (August 20, 2025), https://url.us.m.mimecastprotect.com/s/JJe3CxkljnCQGwk3F8fqtyZ48g?domain=illinoisupdate.com
[25] *Id.*
[26] *Id.*

apprenticeship and job training programs, among others. The technical assistance CWIT provides to these entities includes training in best practices for outreach, recruitment, assessment, training, mentoring and retention of women trades workers. Technical assistance targeting retention of women trades workers includes training on creating safe and respectful workplaces where women can thrive, as well as establishing family friendly policies.[27]

The training that CWIT provides is an invaluable resource in an industry that historically has been almost exclusively male. In a 2021 survey of women trades workers conducted by the Institute for Women's Policy Research, 44% of respondents reported that they had seriously considered leaving the construction industry, most often citing lack of respect or discrimination.[28] "Every time a tradeswoman is forced out of the trades, particularly when she is an experienced journeywoman or several years into her apprenticeship, the industry loses her skills along

---

[27] Chicago Women in Trades, https://cwit.org/technical-assistance/ (last visited September 11, 2025).
[28] Ariane Hegewisch & Eve Mefferd, *A Future Worth Building: What Tradeswomen Say About the Change They Need in the Construction Industry,* INSTITUTE FOR WOMEN'S POLICY RESEARCH 2 (November 2021), https://iwpr.org/wp-content/uploads/2022/02/A-Future-Worth-Building_What-Tradeswomen-Say_FINAL.pdf

with thousands of dollars that were invested in her training."[29] CWIT's technical assistance programs are targeted to stop that kind of bleeding by teaching employers how to create supportive work environments for women. Positive working environments, along with the kind of pre-apprenticeship training offered by CWIT, are cited by tradeswomen themselves as vital to their success.[30] And indeed, CWIT's programs have contributed to a significant percentage increase in women in the skilled trades in Illinois.  Since CWIT was founded in 1981, the percentage of skilled trades workers in Chicago who are women has increased from .5% of the workforce to 5% of the workforce.  Some apprenticeship programs have achieved participation levels of up to 20% women.

C.    Cuts to CWIT's Federal Funding Will Negatively Impact the Construction Industry in Chicago.

The J21 EO puts 40% of CWIT's funding at risk and will chill CWIT's advocacy for women in the trades. The loss of that funding and impairment of its advocacy for women in the trades will make it

---

[29]*Id*, at 17 citing Ariane Hegewisch, *Child Care Supports for the Construction Trades*, INSTITUTE FOR WOMEN'S POLICY RESEARCH (2020), https://iwpr.org/wp-content/uploads/2020/05/IWPR-Oregon-Child-Care-in-Construction-2020-Final.pdf).
[30]*Id.* at 31-33.

impossible for CWIT to perform the level of training and placement services described above. If that happens, then the pool of skilled trades workers in Chicago will shrink, hurting the members of the Associations and the businesses that rely on them, creating a negative ripple effect in the Chicago construction industry.

## CONCLUSION

For the reasons set forth above, *Amici* urge this Court to affirm the district court's order enjoining the Certification Provision of the J21 EO.

Dated:  September 24, 2025

Respectfully submitted,

s/ *Edward F. Malone*

Edward F. Malone
BARACK FERRAZZANO KIRSCHBAUM &
  NAGELBERG LLP
200 W. Madison St., Suite 3900
Chicago, IL 60606
Phone: (312) 984-3100
Fax: (312) 984-3150
edward.malone@bfkn.com

*Counsel for Amici*

## <u>CERTIFICATE OF COMPLIANCE</u>

This brief complies with the type-volume limit of Federal Rules of Appellate Procedure 32(a)(7)(B) because it contains 3,219 words. This brief also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Microsoft Word for Office 365 in Century Schoolbook 14-point font, a proportionally spaced typeface.

Dated:  September 24, 2025          <u>s/ *Edward F. Malone*          </u>
Edward F. Malone

## <u>CERTIFICATE OF SERVICE</u>

I certify that on September 24, 2025, I electronically filed the foregoing brief with the Clerk of the Court for the U.S. Court of Appeals for the Seventh Circuit through the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated:  September 24, 2025        <u>s/ *Edward F. Malone*</u>
                                                Edward F. Malone

## APPENDIX A

ALL Construction Group

Association for the Advancement of Cost Engineering

Association of Asian Construction Enterprises

Association of Subcontractors and Affiliates

Black Contractors Owners and Executives

Cable Communications, Inc.

CT Mechanical

Doetsch Contractors, Inc.

Finishing Trades Institute of DC #14

Finishing Contractors Association of Chicago

Hispanic American Construction Industry Association

LiveWire Construction

MA Rebar Services

Q.C. Enterprises

Taylor Electric Company

Women Construction Owners & Executives