**APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT**

Appellate Court No: **25-2144**

Short Caption: **Chicago Women in Trades, Plaintiff-Appellee v. Donald J. Trump, et al., Defendants-Appellants**

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party, amicus curiae, intervenor or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statements be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in the front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

[✔] **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P. 26.1 by completing item #3):

See attached "List of Amici Curiae"

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

Davis Wright Tremaine LLP: Victoria Slade, Ambika Kumar, Stacey Sprenkel, Adam Sieff

Counsel for Amici Curiae

(3) If the party, amicus or intervenor is a corporation:

    i) Identify all its parent corporations, if any; and

    andCo Hospitality, Inc. (parent company of Salt Palm Development)
    Perpetual Ltd. (parent company of Trillium Asset Management)

    ii) list any publicly held company that owns 10% or more of the party's, amicus' or intervenor's stock:

    Not applicable (none)

(4) Provide information required by FRAP 26.1(b) – Organizational Victims in Criminal Cases:

Not applicable

(5) Provide Debtor information required by FRAP 26.1 (c) 1 & 2:

Not applicable

---

Attorney's Signature: /s/ Victoria Slade     Date: September 24, 2025

Attorney's Printed Name: Victoria Slade

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).    Yes [✔]    No [ ]

Address: Davis Wright Tremaine LLP, 920 Fifth Avenue, Suite 3300, Seattle, WA 98104

Phone Number: 206.757.8057     Fax Number: 206.757.7057

E-Mail Address: vickyslade@dwt.com

rev. 12/19 AK

# **LIST OF AMICI CURIAE**

Adasina Social Capital
AJL Foundation
American Sustainable Business Council
andCo Hospitality, Inc.
As You Sow
Climate Positive Consulting
Color in Green
Colorado Inclusive Economy
Current-C Energy Systems, Inc.
Dietel Pickering & Partners
Eighty2degrees LLC
Good Business Colorado
Green Business Network at Green America
Impact GC
Interfaith Center for Corporate Responsibility
Investor Advocates for Social Justice
Latino Farmers & Ranchers International, Inc.
Law Office of Lara Pearson Ltd, PBC d/b/a/ Brand Geek
Local Business Institute
Main Street Journal
Manufacturing Renaissance
Marketing Partners
National Partnership for Women & Families
Natural Investments PBLLC
New Energy Partners
Nia Impact Capital
North Carolina Sustainable Business Council
OBERLAND
Organizational Research Services, dba ORS Impact
Oxfam America
ProsperBridge, PBC
Pure Strategies, Inc.
Racial Justice Investing

Re-Envision Wealth
Regionomics LLC
Salt Palm Development
South Carolina Small Business Chamber
SULA NYC dba Culinary Argan Oil
Sustainability Associates
Sustainable Business Network of Massachusetts
The Freedom Economy Business Association
The Verna Myers Company
Trillium Asset Management
Upstate Steel
Urban Justice Center
Vera Institute of Justice, Inc.
W.S. Badger Company, LLC
WA Lead
Whistle Stop Capital
Working IDEAL