# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 26, 2025

Before
DORIS L. PRYOR, *Circuit Judge*

|  | CHICAGO WOMEN IN TRADES,<br>Plaintiff - Appellee |
|---|---|
| No. 25-2144 | v. |
|  | DONALD J. TRUMP, President of the United States, et al.,<br>Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 1:25-cv-02005 ||
| Northern District of Illinois, Eastern Division ||
| District Judge Matthew F. Kennelly ||

Upon consideration of the **UNOPPOSED MOTION OF ASSOCIATIONS OF PRIVATE CONSTRUCTION CONTRACTORS AND INDIVIDUAL CONSTRUCTION FIRMS FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF SUPPORTING APPELLEE AND AFFIRMANCE OF THE DISTRICT COURT**, filed on September 24, 2025, by counsel for the amicus curiae,

**IT IS ORDERED** that the motion is **GRANTED** to the extent that counsel for amici shall file a brief that complies with this court's rules by October 3, 2025. Specifically, the brief must include a disclosure statement, *see* Fed. R. App. P. 26.1, 29(a)(4)(A); Cir. R. 26.1, and a table of authorities, *see* Fed. R. App. P. 29(a)(4)(C). If a compliant brief is filed by October 3, the clerk of this court shall file it instanter.

form name: **c7_Order_3J**    (form ID: **177**)