IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

CHICAGO WOMEN IN TRADES,
    Plaintiff-Appellee,

v.

DONALD J. TRUMP, President of the United States, et al.,
    Defendants-Appellants.

No. 25-2144

**NOTICE OF APPEARANCE**

I hereby enter my appearance as counsel of record for all Defendants-Appellants.

Respectfully submitted,

*s/ Jennifer L. Utrecht*
Jennifer L. Utrecht
Civil Division, Appellate Staff
Department of Justice
950 Pennsylvania Ave., NW, Rm. 7710
Washington, DC 20530
(202) 353-9039
*Jennifer.l.utrecht@usdoj.gov*