# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| CHICAGO WOMEN IN TRADES,<br>　　Plaintiff-Appellee,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, et al.,<br>　　Defendants-Appellants. | No. 25-2144 |

## UNOPPOSED MOTION FOR 14-DAY EXTENSION OF TIME TO FILE REPLY BRIEF

　　The government respectfully requests a 14-day extension of time, to and including October 22, 2025, to file the reply brief in this case. Plaintiff-appellee does not oppose this request. In support of the motion, the government states the following:

　　1. Plaintiff-Appellee filed their response brief on September 17, 2025. The government's reply brief is due October 8, 2025. The government has not requested any prior extensions of this deadline, and no oral argument date has been set.

　　2. The requested extension is necessary to allow the government adequate time to prepare its response. Gabriel Schonfeld is the lead attorney in this matter and had primary responsibility for preparing

the government's opening brief in this case. However, Mr. Schonfeld is out of the country on leave until after the reply brief would be due. Because Mr. Schonfeld is unable to prepare and file the brief, Jennifer Utrecht has been assigned principal responsibility for preparing the reply brief in his absence. Ms. Utrecht is new to this matter, and the additional 14 days will permit her necessary time to familiarize herself with the issues presented and prepare a brief.

In light of this, the government respectfully requests a 14-day extension of time, to and including October 22, 2025, to file the reply brief. A 14-day extension will not appreciably delay the resolution of the case, and counsel will exercise diligence in preparing the brief in the time requested.

3. Appellee's counsel has indicated that appellee does not object to this extension of time.

## CONCLUSION

For the foregoing reasons, we respectfully ask that the Court extend the filing date for the government's response brief by 14 days, to and including October 22, 2025.

Respectfully submitted,

Daniel Tenny

*s/ Jennifer L. Utrecht*
Jennifer L. Utrecht
Civil Division, Appellate Staff
Department of Justice
950 Pennsylvania Ave., NW, Rm. 7710
Washington, DC 20530
(202) 353-9039
*Jennifer.l.utrecht@usdoj.gov*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Century Schoolbook 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 289 words, according to the word count of Microsoft Word.

*/s/ Jennifer L. Utrecht*
Jennifer L. Utrecht