# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 30, 2025

*By the Court:*

| | |
|---|---|
| No. 25-2144 | CHICAGO WOMEN IN TRADES,<br>Plaintiff - Appellee<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, et al.,<br>Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:25-cv-02005<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly | |

Upon consideration of the **UNOPPOSED MOTION FOR 14-DAY EXTENSION OF TIME TO FILE REPLY BRIEF**, filed on September 30, 2025, by counsel for the appellants,

**IT IS ORDERED** that the motion is **GRANTED**. The reply brief of the appellants, if any, is due by October 22, 2025.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**     (form ID: **178**)