IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

CHICAGO WOMEN IN TRADES,
     Plaintiff-Appellee,

v.

DONALD J. TRUMP, President of the United States, et al.,
     Defendants-Appellants.

No. 25-2144

**MOTION FOR A STAY OF BRIEFING SCHEDULE
IN LIGHT OF LAPSE OF APPROPRIATIONS**

The government hereby moves for a stay of the briefing schedule in the above-captioned case. In support of the motion, the government states the following:

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other Executive agencies, including the federal appellants. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal appellants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including

"emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the briefing schedule until Congress has restored appropriations to the Department.

4. The government respectfully requests that, when appropriations are restored, the government's reply brief, which is currently due on October 22, 2025, be extended for the number of days commensurate with the duration of the lapse in appropriations, plus an additional 14 days.  Thus, for example, if the lapse lasts 14 days, all parties' deadlines would be extended by 14 + 14 = 28 days.  The Government will need this additional time following the end of the lapse to restart regular government operations and finalize the reply brief for filing.

5. In addition, granting an extension calculated in the manner proposed above will avoid having all briefs that would otherwise have been due during the period of a lapse of appropriations from having the same due date following the restoration of appropriations, which would not be practicable for the government or the Court.  It also preserves

the original chronological order of filing in government cases for fairness to all parties.

6. Appellee's counsel has authorized counsel for the government to state that appellee takes no position on this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the government hereby moves for a stay of the briefing schedule in this case, as described above, until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

Daniel Tenny

*s/ Jennifer L. Utrecht*
Jennifer L. Utrecht
Civil Division, Appellate Staff
Department of Justice
950 Pennsylvania Ave., NW, Rm. 7710
Washington, DC 20530
(202) 353-9039
*Jennifer.l.utrecht@usdoj.gov*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Century Schoolbook 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 386 words, according to the word count of Microsoft Word.

*/s/ Jennifer L. Utrecht*
Jennifer L. Utrecht