# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 9, 2025

*By the Court:*

| No. 25-2144 | CHICAGO WOMEN IN TRADES,<br>Plaintiff - Appellee<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, et al.,<br>Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:25-cv-02005<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly ||

The following is before the court: **MOTION FOR A STAY OF BRIEFING SCHEDULE IN LIGHT OF LAPSE OF APPROPRIATIONS**, filed on October 8, 2025, by counsel for the appellants.

The request to stay briefing is **DENIED**, but counsel for the appellants is **GRANTED** a two-week extension of time. Briefing in the appeal will proceed as follows:

1.   The reply brief of the appellants, if any, is due by November 5, 2025.

This briefing schedule is subject to extension if, prior to the expiration of the two weeks, counsel certifies that the President or the Attorney General has concluded that counsel is not an excepted employee for purposes of the Anti-Deficiency Act, and thus that counsel has been barred by law from satisfying their responsibilities to the court.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**     (form ID: **178**)