

**Warrington S. Parker III**
WParker@crowell.com
(415) 365-7234  direct

Crowell & Moring LLP
3 Embarcadero Center
26th Floor
San Francisco, CA 94111
+1.415.986.2800  main
+1.415.986.2827  fax

January 21, 2026

**VIA ELECTRONIC FILING**

Christopher G. Conway
Office of the Clerk
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street, Room 2722
Chicago, IL 60604

Re: *Chicago Women in Trades v. Donald J. Trump, et al*.
U.S. Court of Appeals for the Seventh Circuit, Case No. 25-2144
Supplemental Authority under Rule 28(j)

Dear Mr. Conway:

Appellee Chicago Women in Trades submits the following supplemental authority.

The following courts have preliminarily enjoined enforcement of Executive Orders 14151 and 14173 and/or regulations implementing them, rejecting Appellant's arguments (1) regarding standing; and (2) that the government is simply requiring compliance with federal antidiscrimination laws.   Importantly, in *Housing Auth. of City and County of San Francisco v. Turner*, 2025 WL 3187761 *13-15 (N.D. Cal. Nov. 14, 2025), Judge Tigar distinguished his decision not to issue a similarly broad preliminary injunction in a case relied on by Appellants, *San Francisco A.I.D.S. Found. v. Trump*, 786 F.3d 1184 (N.D. Cal. 2025).

**Finding Standing**

*City of Chicago v. Dept. of Justice*, 2026 WL 114294 *2-3 (N.D. Ill. Jan. 15, 2026).

*Washington State Assoc. of Head Start v. RFK Jr.*, 2026 WL 35858 *5, *10-12 (W.D. Wash. Jan. 6, 2026)

*City of Chicago v. Noem,* 2025 WL 3251222 * 3-4 (N.D. Ill. Nov. 21, 2025)

*County of Santa Clara v. Noem*, 2025 WL 3251660 *25-26 (N.D. Cal. Nov. 21, 2025)

*Housing Auth. Of City and County of San Francisco v. Turner*, 2025 WL 3187761 *8 (N.D. Cal. Nov. 14, 2025)

*Planned Parenthood of Greater NY v. DHS*, 2025 WL 2840318 *9-15 (D.D.C. Oct. 7, 2025) (granting summary judgment)



**Rejecting The Federal Antidiscrimination Laws Compliance Argument**

*City of Chicago v. Dept. of Justice*, 2026 WL 114294 **8-9 (N.D. Ill. Jan. 15, 2026)

*Washington State Assoc. of Head Start v. RFK Jr.*, 2026 WL 35858 *10 (W.D. Wash. Jan. 6, 2026)

*City of Chicago v. Noem,* 2025 WL 3251222 *6-9 (N.D. Ill. Nov. 21, 2025)

*County of Santa Clara v. Noem*, 2025 WL 3251660 *36-38 (N.D. Cal. Nov. 21, 2025)

*Housing Auth. Of City and County of San Francisco v. Turner*, 2025 WL 3187761 *13-15 (N.D. Cal. Nov. 14, 2025)

*City of Seattle v. Trump*, 2025 WL 3041905 *9 (W.D. Wash. Oct. 31, 2025)

*Planned Parenthood of Greater NY v. DHS*, 2025 WL 2840318 *25-26  (D.D.C. Oct. 7, 2025)


Respectfully submitted,

Warrington S. Parker III
WSP:whm